```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

FRANCISCO P. FERNANDES,
     Plaintiff,

          v.                            CIVIL ACTION NO.
                                        08-11498-MBB

ERIC HAVKIN,
ELITE MORTGAGES, INC. and
COUNTRYWIDE HOME LOANS, INC.,
     Defendants.

## ORDER

**December 22, 2010**

**BOWLER, U.S.M.J.**

Having allowed a motion for the entry of a separate and final judgment under Rule 54(b), Fed. R. Civ. P., this court expressly makes the finding that there is no just reason for delay in the entry of a separate and final judgment regarding the counts in the complaint brought against defendant Countrywide Home Loans, Inc. ("Countrywide"). Defendant voluntarily dismissed without prejudice the cross claim it filed against defendant and defendant in cross claim Elite Mortgages, Inc. A separate and final judgment shall therefore issue forthwith in favor of Countrywide on counts II, III, IV and V brought by plaintiff Francisco P. Fernandes against Countrywide with prejudice.

                              /s/ Marianne B. Bowler
                         **MARIANNE B. BOWLER**
                         United States Magistrate Judge