```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

FRANCISCO P. FERNANDES,
    Plaintiff,

  v.                                               CIVIL ACTION NO.
                                                 08-11498-MBB

ERIC HAVKIN,
ELITE MORTGAGES, INC. and
COUNTRYWIDE HOME LOANS, INC.,
    Defendants.

## SEPARATE FINAL JUDGMENT

### December 22, 2010

**BOWLER, U.S.M.J.**

In accordance with the rulings made by this court and a voluntary dismissal filed by defendant and plaintiff in cross claim Countrywide Home Loans, Inc. ("Countrywide), it is hereby **ORDERED** that plaintiff Francisco P. Fernandes take nothing from Countrywide and that the action against Countrywide be **DISMISSED** with prejudice.

                                                  /s/ Marianne B. Bowler
                                           **MARIANNE B. BOWLER**
                                           United States Magistrate Judge