```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

FRANCISCO P. FERNANDES,
    Plaintiff,

   v.                                                      CIVIL ACTION NO.
                                                              08-11498-MBB

ERIC HAVKIN and
ELITE MORTGAGES, INC.,
    Defendants.

**ORDER**

**September 30, 2011**

**BOWLER, U.S.M.J.**

    On August 5, 2011, this court ordered counsel for plaintiff Francisco P. Fernandes to submit a status report regarding the status of the remaining defendants Eric Havkin ("Havkin") and Elite Mortgages, Inc. ("Elite") on or before September 15, 2011. The order explained that, "Failure to comply with this court's order may result in dismissal of the remaining parties." To date, plaintiff's counsel has not filed a status report. In addition, there has been no activity on the part of plaintiff in this action since January 27, 2010, when plaintiff's counsel took part in a motion hearing.

    Plaintiff's counsel is therefore **ORDERED** to file the status report on or before October 11, 2011. A failure to comply with

this order will likely result in a dismissal of this action against Havkin and Elite without prejudice.

                                  /s/ Marianne B. Bowler
                                  **MARIANNE B. BOWLER**
                                  United States Magistrate Judge