UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FRANCISCO P. FERNANDES,
    Plaintiff,

   v.                                                                CIVIL ACTION NO.
                                                                                                       08-11498-MBB

ERIC HAVKIN and
ELITE MORTGAGES, INC.,
    Defendants.

**FINAL JUDGMENT**

**October 21, 2011**

**BOWLER, U.S.M.J.**

In accordance with decisions rendered by this court, it is **ORDERED** and **ADJUDGED** that plaintiff Francisco P. Fernandes take nothing and that this action be **DISMISSED** without prejudice against defendants Eric Havkin and Elite Mortgages, Inc.

                                                /s/ Marianne B. Bowler
                                                **MARIANNE B. BOWLER**
                                                United States Magistrate Judge